F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 10 2019 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

KEITH LENT, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

I.C. SYSTEM, INC.,

Defendant.

----------------------------------------------------------------X

Case No.: 2:17-cv-03301-JFB-AKT

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)(A)(II)**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the undersigned counsel that Plaintiff Keith Lent voluntarily dismisses all of his claims against Defendant I.C. System, Inc. with prejudice and without costs or fees to either party.

Dated: May 10, 2019

| | |
|---|---|
| **BARSHAY SANDERS, PLLC**<br>*Attorneys for Plaintiff*<br>*Keith Lent* | **GORDON REES SCULLY MANSUKHANI, LLP**<br>*Attorneys for Defendant*<br>*I.C. System, Inc.* |
| By: *s/ Craig Sanders*<br>     Craig Sanders | By: *s/ Peter G. Siachos*<br>     Peter G. Siachos |
| 100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Telephone: (516) 203-7600<br>Email: csanders@barshaysanders.com | 1 Battery Park Paza, 28th Floor<br>New York, NY 10004<br>Telephone: (973) 549-2500<br>Email: psiachos@grsm.com |

SO ORDERED
S/ JOSEPH F BIANCO

Joseph F. Bianco
USDJ

Date: May 10 20 19

Central Islip, N.Y.

The Clerk of the Court shall close the case.